AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT A. HULL,**

    **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

**v.**

**UNKNOWN DEFENDANTS,**        **CASE NO.  C2-11-1095**
                                        **JUDGE EDMUND A. SARGUS, JR.**
    **Defendants.**                      **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed May 23, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 23, 2012                                  JAMES BONINI, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk